UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>509 EXCAVATING LLC,<br><br>Defendant,<br><br>v.<br><br>MAX J. KUNEY COMPANY,<br><br>Garnishee. | Case No. MC19-0149RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, 509 Excavating LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Max J. Kuney Company. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on November 5, 2019, at Dkt. # 1-3, after inserting the amount to be held, $111,811.04, in the blank on page 2, line 4 of the Writ.

Dated this 7th day of November, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT